**Cliff GREENE, Plaintiff–Appellant,**

v.

**HANOVER DIRECT INC., 1500 Harbor Boulevard, Wayne P. Garten, President and Chief Executive Officer, Stuart Feldman, Chairman of the Executive Committee, and a Member of the Compensation Committee and Director, William B. Wachtel, Chairman of the Board of Directors, and Chairman of the Nominating Committee, Defendants–Appellees.**

---

Attorney General Michael B. Mukasey as respondent in this case.

No. 07–5711–cv.

United States Court of Appeals,
Second Circuit.

June 5, 2009.

Cliff Greene, Brooklyn, NY, pro se.

Lawrence J. Reina, Reed Smith LLP,
New York, NY, for Defendants–Appellees.

PRESENT: Hon. DENNIS JACOBS,
Chief Judge, Hon. AMALYA L. KEARSE
and Hon. ROBERT D. SACK, Circuit
Judges.

### SUMMARY ORDER

Cliff Greene appeals *pro se* from an
order of the United States District Court
for the Southern District of New York
granting Defendants–Appellees' motion to
dismiss the complaint, which alleges: vio-
lations of Section 10(b) of the Securities
and Exchange Act of 1934, 15 U.S.C.
§ 78j(b), and Rule 10b–5, 17 C.F.R.
§ 240.10b–5; civil claims under the Racke-
teer Influenced and Corrupt Organizations
Act, 18 U.S.C. § 1961 *et seq.;* state law
claims for fraud, breach of fiduciary duty,
and misrepresentation; and an equal pro-
tection violation. Greene argues that the
district court erred in granting Appellees'
motion for an extension of time to file a
response and in dismissing the complaint.
We assume the parties' familiarity with the
underlying facts, the procedural history,
and the issues presented for review.

We review a district court's grant of an
extension of time pursuant to Federal Rule
of Civil Procedure 6(b) for abuse of discre-
tion. *See Sanozky v. Int'l Ass'n of Ma-
chinists & Aerospace Workers,* 415 F.3d
279, 283–84 (2d Cir.2005). The district
court granted Appellees a brief extension
of time to file a motion to dismiss after
Appellees had difficulty reaching Greene
to arrange for a pre-motion conference.
The district court did not abuse its discre-
tion in granting the extension.

As to the dismissal of the complaint, we
have considered all of Greene's arguments
and concluded that they are without merit.
We affirm for substantially the reasons
stated by the district court in its thorough
and well-reasoned decision.

For the foregoing reasons, the judgment
of the district court is **AFFIRMED.**